# UNITED STATES DISTRICT COURT

for the

District of Alaska

CONAN GOEBEL,
*Plaintiff*
v.

DOYON, LIMITED,
*Defendant*

Civil Action No. 4:25-cv-00021-SLG

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.**

IT IS ORDERED AND ADJUDGED:

THAT this case is dismissed without prejudice for failure to take a default or require an answer as to Defendant Doyon, Limited.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: October 23, 2025

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court